PROB 12C
(6/16)

Report Date: July 21, 2020

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Cheyenne R. Ford | Case Number: 0980 2:19CR00034-TOR-2 |
| Address of Offender: | Ford, Washington 99013 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: July 17, 2019

| | |
|---|---|
| Original Offense: | Escape, 18 U.S.C. §§ 751(a), 2<br>Assault on a Federal Officer, 18 U.S.C. § 111(a)(1), (b) |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard Barker |
| | Date Supervision Commenced: February 21, 2020 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: February 20, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/15/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On July 17, 2020, Ms. Ford committed the offense of third degree driving while license suspended, a direct violation of mandatory condition number 1.<br><br>Ms. Ford's conditions of supervised release were reviewed with her on February 24, 2020. She signed her judgment acknowledging an understanding of her conditions.<br><br>On July 17, 2020, per Lincoln County Sheriff's Office (LCSO) incident report 20L003851, Ms. Ford was criminally cited and released for third degree driving while license suspended, speeding, and operating a motor vehicle without insurance. Ms. Ford informed the LCSO deputy that she was aware her driver's license was suspended. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
**Re: Ford, Cheyenne R.**
**July 20, 2020**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/21/2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
Chief United States District Judge
July 21, 2020

Date