PROB 12C
(6/16)

Report Date:  August 26, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Aug 26, 2020

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cheyenne R. Ford                    Case Number: 0980 2:19CR00034-TOR-2

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 17, 2019

| | | |
|---|---|---|
| Original Offense: | Escape, 18 U.S.C. §§ 751(a), 2<br>Assault on a Federal Officer, 18 U.S.C. § 111(a)(1), (b) | |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: February 21, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 20, 2023 |

## PETITIONING THE COURT

**To issue a warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/15/2020 and 07/21/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Ms. Ford is alleged to be in violation of special condition #3 of her supervised release by failing to submit to a urinalysis test, as directed, on August 24, 2020.

Ms. Ford's conditions of supervised release were reviewed with her on February 24, 2020. She signed her judgment acknowledging an understanding of her conditions.

On July 23, 2020, Ms. Ford was advised she would be placed on the phase urinalysis testing program at Pioneer Human Services (PHS), in conjunction with her outpatient treatment. Ms. Ford was further advised she would be on the urinalysis testing color gold-1. She was directed to call the testing line every day, and was to report to PHS on the days that gold-1 was called, in order to submit a urinalysis. Ms. Ford acknowledged an understanding of this process.

Prob12C
**Re: Ford, Cheyenne R.**
**August 26, 2020**
**Page 2**

On August 24, 2020, without being excused and/or contacting the undersigned in any manner, Ms. Ford failed to report to PHS to submit a urinalysis, as her previously assigned color, gold-1, was scheduled for testing on that date.

7          **Standard Condition # 2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Ms. Ford is alleged to be in violation of standard condition #2 of her supervised release by failing to report to the probation officer, as instructed, on August 17, 2020.

Ms. Ford's conditions of supervised release were reviewed with her on February 24, 2020. She signed her judgment acknowledging an understanding of her conditions.

In response to recent noncompliance in respect to the terms and conditions of her supervised release, the undersigned met with Ms. Ford at her residence on August 12, 2020. It was at that time, the undersigned reminded Ms. Ford of her obligations to the Court, specifically the importance of communicating with the undersigned officer and her treatment provider. Ms. Ford was instructed to contact the undersigned via telephone on August 17, 2020, in which she acknowledged she would do so. Ms. Ford failed to contact the undersigned via telephone and/or in any manner on August 17, 2020. After multiple attempts to contact Ms. Ford throughout the week of August 17, 2020, Ms. Ford left the undersigned a voice mail at 8:11 p.m. on August 21, 2020, stating she had just received her messages and that she was staying "down by the river."

Without success, the undersigned again attempted to contact Ms. Ford on August 25, 2020. The undersigned ascertained from Ms. Ford's roommates that she had only sporadically stayed at her residence during the past week, and they were uncertain of her current whereabouts. Contact with Ms. Ford's treatment provider on August 25, 2020, revealed that Ms. Ford was a "no show" for both her individual treatment session and her group treatment session on August 24, 2020. Ms. Ford's current whereabouts are currently unknown and she appears to be evading supervision.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      08/26/2020
_____

s/Jonathan C. Bot
_____

Jonathan C. Bot
U.S. Probation Officer

**Prob12C**
**Re: Ford, Cheyenne R.**
**August 26, 2020**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the
         case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Thomas O. Rice
United States District Judge

_____
August 26, 2020

 Date