PROB 12C
(6/16)

Report Date: October 8, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 08, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cheyenne R. Ford          Case Number: 0980 2:19CR00034-TOR-2

Address of Offender:          Ford, Washington 99013

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 17, 2019

Original Offense:     Escape, 18 U.S.C. § 751(a), 2
                      Assault on a Federal Officer, 18 U.S.C. § 111(a)(1), (b)

Original Sentence:    Prison - 15 months          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Richard Barker              Date Supervision Commenced: February 21, 2020

Defense Attorney:     Stephen Hormel              Date Supervision Expires: February 20, 2023

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/15/2020, 7/21/2020 and 8/26/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 2:** You must undergo periodic substance abuse evaluations as directed by your supervising officer and, if indicated by a licensed/certified provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: It is alleged that Ms. Ford violated her conditions of supervised release on September 16, 2020, as she was unsuccessfully discharged from her substance abuse program, a direct violation of special condition number 2.

Ms. Ford's conditions of supervised release were reviewed with her on February 24, 2020. She signed her judgment acknowledging an understanding of her conditions.

On September 16, 2020, the undersigned was notified by Ms. Ford's substance abuse treatment provider, Camas Path Behavioral Health, that she was unsuccessfully discharged from her substance abuse treatment program due to continuously failing to show to her groups.

Prob12C
**Re: Ford, Cheyenne R.**
**October 8, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/08/2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

October 8, 2020
Date