PROB 12C
(6/16)

Report Date:  March 9, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cheyenne R. Ford            Case Number: 0980 2:19CR00034-TOR-2

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 17, 2019

| | | |
|---|---|---|
| Original Offense: | Escape, 18 U.S.C. §§ 751(a), 2<br>Assault on a Federal Officer, 18 U.S.C. § 111(a)(1), (b) | |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(November 4, 2020) | Prison - 4 months<br>TSR - 32 months | |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: February 3, 2021 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 2, 2023 |

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: It is alleged, Ms. Ford violated the terms of her supervised release by failing to report to the probation officer via telephone on March 4, 2021, a direct violation of standard condition number 2.

Ms. Ford's conditions of supervised release were reviewed with her on February 4, 2021. She signed her judgment acknowledging an understanding of her conditions.

Since commencing her term of supervised release on February 3, 2021, Ms. Ford represented she would be entering into a transitional living facility, The People's Place, in which sober living is required and substance abuse treatment is provided. On March 4, 2021, the undersigned last spoke with Ms. Ford via telephone, in which she indicated she would be checking into The People's Place on March 5, 2021, as she has been staying in various

Prob12C
**Re: Ford, Cheyenne R.**
**March 9, 2021**
**Page 2**

motels in Spokane, Washington, for the past week. Ms. Ford stated she would be going back to her approved residence, which is her mother's residence, on the afternoon of March 4, 2021. The undersigned instructed Ms. Ford to contact the undersigned via her cellular telephone upon her arrival at her residence so a virtual contact could take place. Ms. Ford acknowledged an understanding of this directive, though she failed to contact the undersigned as instructed on March 4, 2021. On March 8, 2021, the undersigned spoke with Ms. Ford's mother, in which it was reported that Ms. Ford had only sporadically stayed at her residence, and it was her belief that Ms. Ford was staying somewhere on the Colville Indian Reservation. Attempts to contact Ms. Ford via telephone since March 5, 2021, have gone without success and she appears to evading supervision.

2       **Special Condition # 3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged, Ms. Ford is in violation of special condition number 3, as she failed to provide urinalysis tests, as directed, on March 5 and 8, 2021.

Ms. Ford's conditions of supervised release were reviewed with her on February 4, 2021. She signed her judgment acknowledging an understanding of her conditions.

On February 19, 2021, Ms. Ford was advised she would be placed on the phase urinalysis testing program at Pioneer Human Services (PHS), until she entered into The People's Place and/or the residential reentry center. Ms. Ford was further advised she would be on the urinalysis testing color gold-1. She was directed to call the testing line every day, and was to report to PHS on the days that gold-1 was called, in order to submit to urinalysis testing. Ms. Ford acknowledged an understanding of this process.

On March 5 and 8, 2021, without being excused and/or contacting the undersigned in any manner, Ms. Ford failed to report to PHS to submit to urinalysis testing, as her previously assigned color, gold-1, was scheduled for testing on those dates.

3       **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that Ms. Ford violated the conditions of her supervised release on March 6, 2021, as she committed the offenses of third degree theft, obstructing a law enforcement officer, and possession of a dangerous weapon, a direct violation of mandatory condition number 1.

Ms. Ford's conditions of supervised release were reviewed with her on February 4, 2021. She signed her judgment acknowledging an understanding of her conditions.

On March 6, 2021, at approximately 12:11 p.m., per Colville Police Department (CPD) report X2100684, a CPD officer was dispatched to Wal-Mart for a welfare check of two individuals slumped over in a motor vehicle. The CPD officer observed what appeared to be drug paraphernalia next to both the two individuals in the vehicle and both appeared to be sleeping. At 1:15 p.m., the CPD officer was again dispatched back to Wal-Mart as loss prevention observed a female, later identified as Ms. Ford, attempting to steal items, in which she was brought back to the loss prevention office after initially being uncooperative. The CPD officer arrived and identified Ms. Ford as one of the individuals slumped over in

Prob12C
**Re: Ford, Cheyenne R.**
**March 9, 2021**
**Page 3**

the aforementioned vehicle.  She was subsequently placed in handcuffs and informed that she was under arrest for theft. A subsequent search of Ms. Ford's person revealed she was in possession of a device that had metal knuckles and a built in knife. The CPD officer noted that Ms. Ford refused to provide identifying information, and thus prevented him from conducting his investigation. Ms. Ford was booked into the Stevens County Jail on the aforementioned charges. On March 7, 2021, Ms. Ford was released on her own recognizance. Per a check of the state records, her next Court appearance is scheduled for March 29, 2021.

4      **Standard Condition # 10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e. anything was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: It is alleged, Ms. Ford violated the terms of her supervised release by being in possession of a dangerous weapon on March 6, 2021, which is a direct violation of standard condition number 10.

Ms. Ford's conditions of supervised release were reviewed with her on February 4, 2021. She signed her judgment acknowledging an understanding of her conditions.

On March 6, 2021, per CPD report X2100684, Ms. Ford was arrested for third degree theft, and during the search incident to arrest, metal knuckles containing a built in knife was located on Ms. Ford's person, specifically in her right front jacket pocket.

5      **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: It is alleged, Ms. Ford violated the terms of her supervised release by failing to notify her U.S. probation officer within 72 hours of her arrest on March 6, 2021.

Ms. Ford's conditions of supervised release were reviewed with her on February 4, 2021. She signed her judgment acknowledging an understanding of her conditions.

On March 6, 2021, per CPD report X2100684, Ms. Ford was arrested for the charges of third degree theft, obstructing a law enforcement officer, and possession of a dangerous weapon. On March 7, 2021, Ms. Ford was released on her own recognizance from these charges, and she has failed to report this arrest to her U.S. probation officer in any manner within 72 hours. It should be noted, the undersigned has attempted to contact Ms. Ford since her arrest, without success.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

**Prob12C**
**Re: Ford, Cheyenne R.**
**March 9, 2021**
**Page 4**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/09/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Thomas O. Rice
United States District Judge

March 9, 2021

Date